UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**

| | | |
|---|---|---|
| Vincent Duncan, | § | July 10, 2018 |
| | § | David J. Bradley, Clerk |
| *versus* | § | Civil Action 4:18–cv–02355 |
| | § | |
| Rolando B. Pablos, et al. | § | |

## Order Setting Hearing

1. A hearing will be held before Lynn N Hughes on

    July 17, 2018
    at 11:00 AM
    Courtroom 11–C, Eleventh Floor
    United States Court House
    515 Rusk Avenue
    Houston, Texas 77002.

2. To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

3. Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will consider motions, narrow issues, inquire about and resolve expected motions, interrogate counsel, and schedule discovery. Counsel are to consult among themselves about these matters well in advance.

    Signed on July 10, 2018, at Houston, Texas.

    _____
    Lynn N. Hughes         USDJ
    United States District Judge